UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ESLAMI,<br><br>    Plaintiff,<br><br>    v.<br><br>G. MATTESON, et al.,<br><br>    Defendants. | No. 2:23-cv-02330-EFB (PC)<br><br><br>ORDER |

Plaintiff is state prison inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He seeks an extension of time of 45 days to file a first amended complaint. ECF No. 10.

The motion for extension of time is GRANTED, and plaintiff shall file the amended complaint on or before July 15, 2024.

So ordered.

Dated: May 29, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1