# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ESLAMI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. MATTESON, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-02330-TLN-EFB (PC)<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the September 19, 2025 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 14) is granted; and

2. Plaintiff is granted forty-five days from the date of this order in which to file objections to the September 19, 2025 findings and recommendations.

Dated: October 8, 2025

　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE