UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATHAN ESLAMI,

      Plaintiff,

      v.

G. MATTESON, et al.,

      Defendants.

No.  2:23-cv-02330-TLN-EFB

**ORDER**

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 19, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 13.)  Despite the grant of an extension of time (ECF No. 15), Plaintiff has not filed objections to the findings and recommendations.

Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed September 19, 2025 (ECF No. 13) are ADOPTED IN FULL.

2.    The complaint is dismissed without further leave to amend for failure to state a claim.

3.    The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Date: May 18, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2